# Court of Appeals
# of the State of Georgia

ATLANTA,___July 30, 2012_____

*The Court of Appeals hereby passes the following order:*

**A12D0450.  ABDIYEL YISRAEL v. THE STATE.**

On June 29, 2012, Abdiyel Yisrael filed this application seeking discretionary review of the trial court's May 9, 2012 order denying his extraordinary motion for new trial.  To be valid, however, an application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).  Because Yisrael filed his application 51 days after entry of the order he seeks to appeal, the application is untimely and is thus DISMISSED for lack of jurisdiction



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/30/2012_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

 *, Clerk.*